**Joseph RHONE, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Respondent**

**No. 355 EAL 2017**

Supreme Court of Pennsylvania.

December 20, 2017

**ORDER**

PER CURIAM

**AND NOW,** this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Gregory BROWN, Petitioner**

**No. 248 EAL 2017**

Supreme Court of Pennsylvania.

December 20, 2017

**ORDER**

PER CURIAM

**AND NOW,** this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Donald James STONE, Respondent**

**No. 546 MAL 2017**

Supreme Court of Pennsylvania.

December 20, 2017

**ORDER**

PER CURIAM

**AND NOW,** this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Earl FOSTER, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Respondent**

**No. 319 EAL 2017**

Supreme Court of Pennsylvania.

December 20, 2017

**ORDER**

PER CURIAM

**AND NOW,** this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**